

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-18-00443-CV

**CONSOLIDATED REINFORCEMENT, L.P**.,
Appellant

v.

Ali **CHERAIF**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16237
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court